IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SYLVESTER D. SIMMONS,

      Appellant,

v.

      Case No.  5D22-1205
      LT Case No. 2015-101648-CFDL

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 11, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Sylvester D. Simmons, Crawfordville,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.